No. 183.   ROTHENSIES, COLLECTOR OF INTERNAL REVENUE, *v.* CASSELL, SURVIVING EXECUTOR.   October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted.   *Solicitor General Jackson* for petitioner.   *Mr. Harold D. Saylor* for respondent.

No. 132.   BONET, TREASURER, *v.* TEXAS COMPANY (P. R.) INC.   October 9, 1939.   Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.   MR. JUSTICE STONE took no part in the consideration and decision of this application.   *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner.   *Mr. Thomas Kirby Schmuck* for respondent.

No. 196.   BHAGAT SINGH *v.* HAFF, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION.   October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.   *Mr. Roger O'Donnell* for petitioner.   *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *W. Marvin Smith* for respondent.

No. 156.   YEARSLEY ET AL. *v.* W. A. ROSS CONSTRUCTION Co.   October 9, 1939.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.   *Messrs. Robert Van Pelt* and *Ernest B. Perry* for petitioners.   *Mr. Clay C. Rogers* for respondent.

No. 309.   DANFORTH *v.* UNITED STATES.   October 9, 1939.   Petition for writ of certiorari to the Circuit Court